June 15, 1953.

No. 527. United States v. Klinger et al. Certiorari, 345 U. S. 921, to the United States Court of Appeals for the Second Circuit. Argued May 5, 1953. Decided June 15, 1953. *Per Curiam:* The judgment is affirmed by an equally divided Court. Mr. Justice Jackson took no part in the consideration or decision of this case. *Beatrice Rosenberg* argued the cause for the United States. With her on the brief were *Acting Solicitor General Stern* and *Carl H. Imlay. Louis Bender,* acting under appointment by the Court, argued the cause and filed a brief for respondents.

No. 549. Bridges v. United States. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed and the case is remanded to the District Court with directions to dismiss the proceedings. The Chief Justice, Mr. Justice Reed, and Mr. Justice Minton dissent for the reasons given in Mr. Justice Reed's dissenting opinion in *Bridges* v. *United States,* 346 U. S. 209, decided this day. Mr. Justice Jackson and Mr. Justice Clark took no part in the consideration or decision of this case. *Telford Taylor* and *Norman Leonard* for petitioner. *Solicitor General Cummings, Beatrice Rosenberg* and *John R. Wilkins* for the United States.